RECEIVED JUN 17 2021 EEOC Nashville Area Office

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 494-2021-01993 |

Tennessee Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Chinyere McGruder | 615.806.1665 | 08/14/1969 |

Street Address: 7376 Smiley Hollow Road, Goodlettsville, TN 37072

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Austin Peay State University | 15 PLUS | 931.221.7580 |

Street Address: 601 College Street, Clarksville, TN 37044

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2019  Latest: 06-17-21
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have an existing charge with the EEOC 494-2019-02950 for which a right to sue letter has been issued and a cause of action in federal court is pending and to be filed in the coming week. I intend to merge this retaliation claim into that cause of action with an amended complaint after I receive a right to sue letter. I contend that I have a retaliation claim from facts subsumed within the facts alleged in my previous charge filed which are repeated below. This is a second count of retaliation for discriminatory acts perpetrated recently after that charge was filed. I have enumerated the acts of retaliation within and beyond the previous 300 days.

1. Summer 2019 Dr Culhane, chair of Criminal Justice, decided that I will not teach summer classes for Criminal Justice, despite the verbal agreement I had with him fall of 2017 that I will joint teach /split classes with public management for 2 years, while my complaints were addressed. The academic year ended Aug 2019, yet he did not allow me to teach summer 2019 as I had done the prior years per our agreement. Public management assigned me classes to cover the lapse, but the Public management classes did not make. Public management was merged with political science because public management could not stand on its own after it was split from criminal justice.

see next page

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date / Charging Party Signature

Case 3:21-cv-00506   Document 1-3   Filed 07/01/21   Page 1 of 2 PageID #: 30

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Tennessee Human Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

2. Fall 2019 the Chair at that time Dr. Kenney, said it was coming from Dean Brown to move me for a second time from my office to the basement room that had moisture and potential mold issues, despite the fact that after the first attempt to move me in summer 2019, and i had explained to the dean Brown my health condition, he had assured me that I will not be moved to that basement room.

3. 2019 to 2020 Dean Brown purposefully excluded me from Commissioner Rashida Call for research proposal grant, despite assuring me via email that he would reach out to me to be part of it, if there was interest from other faculty in going forward with it.

4. In 2020 as ongoing discriminatory and retaliatory conduct through present date: After Political Science/Public Management faculty voted for me to continue with the creation of the Masters Program ( I had submitted the initial phase one request on curriculog and it was approved). Both Dean Brown and New Chair Dr. Lyle Gonga refused to discuss with me on going forward including release time. This continues through today.

5. March 2020, I was denied a Faculty appraisal per university policy ( Both Dean Brown and Dr. Lyle -Gonga False claim that I was given one after the aborted phone call on 18th march 2020. Yet they submit no record or proof of the supposed faculty evaluation meeting after the aborted ( by Dr. Lyle Gonga) March 18th call.

6. May 2020 Dean Brown refused to accept my lack of Faculty appraisal appeal till I reached out to Human resources after the deadline.

7. May 2020 Dean Brown then scheduled a zoom call ostentatiously to address that and ended up denigrating my teaching and research done with minority students. Indicated that my teaching pedagogy was questionable despite never attending any of my classes and despite my average then 5/6 student rating. He said that student evaluation in his opinion was not a good indication for teaching excellence despite the fact that the college and retention committee use it as such.

8. July 2020 According to Dr. Lyle Gonga, the dean did not let her know the 4th class I was to teach for fall semester till a month or two prior to the commencement of August 2020, as opposed to other faculty choosing their fall semester roll out in spring.

9. Continuing retaliatory conduct as I have not received my 2020 faculty evaluation per university policy. Spring 2021 faculty evaluation, Dr Lyle Gonga and I based on my research arrived at an evaluation of 4.45. When she sent me the form to sign she had reduced my evaluative score to 4.25. She appeared not to be willing to change it till I mentioned that I had a record of the original evaluation meeting where she had come to a 4.45 score. She then had it changed to the correct evaluative score of 4.45 that we originally agreed on.

10. Early Spring 2021, I submitted Political Science classes to offer for summer and fall 2021. Dr. Lyle Gonga changed the classes and input public management classes for me, despite the fact that I informed her I had concerns the public management classes she assigned me would not make it meaning there were not enough students to enroll in that class. Other professors get to choose the classes they prefer, without issues. In essence she indicated that I was not qualified to teach the classes I had been teaching for over 18 years because I did not have a law degree or that I cannot teach political science prefix classes and that I can only teach public management concentration classes. I was not allowed to choose the classes I wanted to teach as other professors were allowed.

I deem this discriminatory conduct as retaliatory acts for previously opposing and reporting discrimination in my previous EEOC charge to be in violation of Title VII of the Civil Rights Act of 1964 as amended.

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 17th June 2021      Chinyere Ogbonna-mcgruder<br>Date                      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |