IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CHINYERE OGBONNA-MCGRUDER, | ) |
|---|---|
| Plaintiff, | ) NO. 3:21-cv-00506 |
| v. | ) JUDGE RICHARDSON |
| AUSTIN PEAY STATE UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is a Motion to Dismiss by Defendant Austin Peay State University. (Doc. No. 8, "Motion"). The Motion was originally filed on August 4, 2021, but at the parties' request, on September 24, 2021 the Court extended the deadline to respond to the Motion until January 18, 2022. (Doc. No. 25). On December 13, 2021, Plaintiff requested an additional 90 days to respond (Doc. No. 29), and then on January 24, 2022, the parties jointly requested that all pending deadlines in the case be stayed. (Doc. No. 33).

In light of the parties' repeated statements of their efforts to resolve this case and the parties' repeated requests for extensions and stays of deadlines, the Motion is **DENIED without prejudice** subject to refiling in accordance with the deadlines to be set at the case management conference presently scheduled for March 30, 2022.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE