IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHINYERE OGBONNA-MCGRUDER,<br><br>  Plaintiff,<br><br>v.<br><br>AUSTIN PEAY STATE UNIVERSITY et al.,<br><br>  Defendants. | NO. 3:21-cv-00506<br>JUDGE RICHARDSON |

# ORDER

Pending before the Court is "The Individual Defendants' Motion to Dismiss" (Doc. No. 57, "Motion"), filed by Defendants Tucker Brown and Marsha Lyle-Gonga ("Individual Defendants"), wherein they seek the dismissal of all claims asserted against them in Plaintiff's First Amended Complaint (Doc. No. 53).[1] The Individual Defendants filed a brief in support of the Motion (Doc. No. 57-1, "Brief in Support"), and Plaintiff filed a brief in opposition to the motion (Doc. No. 60, "Opposition"), whereafter the Individual Defendants filed a reply in support of the Motion (Doc. No. 62, "Reply").

For the reasons set forth in the accompanying memorandum opinion, the Motion is granted, and all claims against the Individual Defendants are dismissed, with prejudice.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Secondarily, the Individual Defendants request "an award against Plaintiff for attorney's fees and costs related to these individual capacity claims under Tenn. Code Ann. § 29- 20-113." (Doc. No. 57-1 at 1). The Individual Defendants at their option may seek such fees under the procedure, and in the timeframe, specified by Federal Rule of Civil Procedure 54(d)(2).