IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CHINYERE OGBONNA-MCGRUDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:21-cv-00506 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| AUSTIN PEAY STATE UNIVERSITY et al., | ) | |
| Defendants. | ) | |

## ORDER

Defendant Austin Peay State University has filed a Second Motion to Ascertain Status (Doc. No. 90). The Motion is **GRANTED**. The Court's ruling on the pending motion to dismiss (Doc. No. 56) is imminent.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE