IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHINYERE OGBONNA-MCGRUDER, | ) ) ) |
| Plaintiff, | ) NO. 3:21-cv-00506 ) JUDGE RICHARDSON |
| v. | ) ) |
| AUSTIN PEAY STATE UNIVERSITY et al., | ) ) ) |
| Defendants. | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Defendant Austin Peay State University's Motion to Dismiss (Doc. No. 56) is **GRANTED**, and this action is **DISMISSED** with prejudice.

This is the final order denying all relief in this case. The Clerk is expected to enter final judgment in accordance with Federal Rule of Civil Procedure 58(b)(1)(C).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE